CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 09-61482   Date 9-21-09
Clerk Charles Kierpiec   Reporter Larry Herr
In-Court Time 1 hour, 20 minutes

Pl. Atty. Gary Rosen

Def. Atty. Andrew Meyers

Style: AAA Wheelchair Wagon Service, Inc. v. Broward County, Florida

Reason for Hearing Plaintiff's Motion For Temporary Restraining Order

Results of Hearing Motion denied as Defendant has agreed it will not raise exhaustion argument in defense of petition to state court

Misc.