UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61482-CIV-SEITZ/O'SULLIVAN

AAA WHEELCHAIR WAGON
SERVICE, INC.

    Plaintiff,

v.

BROWARD COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

THIS MATTER is before the Court on Plaintiff's Emergency Motion for Ex Parte Temporary Restraining Order [DE-5] following a hearing. At the hearing, Defendant Broward County represented that it will not raise an exhaustion challenge to Plaintiff's appeal from administrative proceedings if Plaintiff petitions the state court for review. Additionally, Defendant agreed to allow 30 days from today, September 21, 2009, to petition the state court for review of those proceedings and to allow the Parties to agree on an administrative record pertaining to the bid protest that the Parties shall present to the state court. As Plaintiff is not threatened with irreparable harm in light of Defendant's concessions, it is hereby

ORDERED that Plaintiff's Emergency Motion for Ex Parte Temporary Restraining Order [DE-5] is DENIED. Furthermore, Plaintiff's Request For Oral Argument [DE-9] and Plaintiff's Motion For Leave to Exceed Page Limit [DE-10] are GRANTED.

DONE AND ORDERED in Miami, Florida, this 21st day of September, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record